

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

PERLAN THERAPEUTICS, INC., Plaintiff–Appellant,

v.

NEXBIO, INC., Fang Fang, and Mang Yu, PhD, Defendants–Appellees.

No. 2006–1621.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

## ORDER

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Jeffrey D. COTTRELL, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2006–5115.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

## ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Landa P. MacDONALD, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 06–7008.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**LP MATTHEWS, L.L.C., Plaintiff–Appellant,**

v.

**BATH & BODY WORKS, INC. and Limited Brands, Inc., Defendants– Cross Appellants,**

and

**Kao Brands Co. (formerly known as The Andrew Jergens Company) and Kao Corporation, Defendants–Cross Appellants.**

No. 2007–1123, 2007–1124, 2007–1137.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Patrick N. SWEENEY, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2007–3091.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

Patrick N. Sweeney, pro se.

**ORDER**

Order Vacated, See 2007 WL 1192246.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Angel FIGUEROA–SIERRA, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 2007–7014.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

**ORDER**

The parties having so agreed, it is